George Haines, Esq.  E-FILED: March 8, 2011
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Nicholas S. Cardinale

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-10-22163-BTB |
| | ) Chapter 13 |
| | ) |
| | ) |
| **Nicholas S. Cardinale**, | ) Hearing Date:   OST |
| | ) Hearing Time:   OST |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE RE: MOTION TO VACATE OR AMEND THE ORDER VACATING THE AUTOMATIC STAY AS TO US BANK NATIONAL ASSOCIATION

I, George Haines, hereby certify that a copy of the above titled document filed in the above entitled case, was noticed by me on March 8, 2011, as specified below:

///

///

///

///

- 1 -

- 2 -

**Parties in this matter were served the above related documents as follows:**

| | |
|---|---|
| **Electronic service (email):** | Kathleen Leavitt |
| | Chapter 13 Trustee (through ECF System) |
| **First Class Postage pre-paid Mail:** | US Bank, National Association |
| | Gregory L. Wilde, Esq. |
| | Tiffany & Bosco PA |
| | 212 South Jones Blvd. |
| | Las Vegas, NV  89107 |

DATED March 8, 2011

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/George Haines, Esq.
George Haines, Esq.
An Employee of Haines & Krieger, LLC