

Entered on Docket
March 15, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge
_____

George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Nicholas S. Cardinale  

E-FILED: March 8, 2011

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | ) Case No. BKS-10-22163-BTB<br>) Chapter 13<br>)<br>) |
| **Nicholas S. Cardinale**, | ) Hearing Date: March 22. 2011<br>) Hearing Time: 3:00 pm<br>) |
| Debtor(s). | )<br>)<br>) |

**ORDER SHORTENING TIME ON MOTION TO VACATE OR AMEND THE ORDER VACATING THE AUTOMATIC STAY AS TO US BANK NATIONAL ASSOCIATION**

Upon the Debtor's **MOTION FOR ORDER SHORTENING TIME ON MOTION TO VACATE OR AMEND THE ORDER VACATING THE AUTOMATIC STAY AS TO US BANK NATIONAL ASSOCIATION** in the above-entitled action, and good cause appearing therefore,

- 1 -

- 2 -

IT IS HEREBY ORDERED that the time for hearing on the Debtor's **MOTION FOR ORDER SHORTENING TIME ON MOTION TO VACATE OR AMEND THE ORDER VACATING THE AUTOMATIC STAY AS TO US BANK NATIONAL ASSOCIATION** filed herein by counsel for the Debtor be heard on the __22__ day of __March__, 20__11__, at the hour of __3:00__ __p__.m. in ]Courtroom __3__ of the above-entitled Court.

DATED this ____ day of _____, 20___.

Submitted by:

HAINES & KRIEGER, L.L.C.

By:    /s/George Haines, Esq.
       George Haines, Esq.
       Attorney for Debtor(s)

###